No. 73–5286.   CHATMAN ET AL. *v.* ARIZONA.   Sup. Ct. Ariz.   Certiorari denied.

No. 73–5287.   JOHNSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–5289.   WILLIAMS *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 73–5291.   COLLINS ET AL. *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–5294.   ESSER *v.* SCOTT ET AL.   C. A. 3d Cir. Certiorari denied.

No. 73–5295.   GOMORI *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 73–5298.   SLAUGHTER *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–5300.   WILLIAMS *v.* PROCUNIER, CORRECTIONS DIRECTOR.   C. A. 9th Cir.   Certiorari denied.

No. 73–5301.   HARRISON *v.* NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 73–5307.   HINES *v.* ALABAMA.   Ct. Crim. App. Ala.   Certiorari denied.

No. 73–5310.   ATONICK *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–5312.   BEDGOOD *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–5329.   SORIO *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–5332.   MONSOUR *v.* CADY, WARDEN.   C. A. 7th Cir.   Certiorari denied.